UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
vs.                          )     4:16CR80
                             )
RICKY LEON DEES, JR.,        )
                             )
            Defendant.       )

### ORDER

As previously directed in open court, the conditions of release for the above-referenced defendant are hereby modified to include the following:

Defendant shall have no communication with the victim in this case. Any necessary communication shall be handled through his attorney.

All other conditions of release as previously set remain in full force and effect.

SO ORDERED, this __13TH__ day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA